Lillian Young, appellee, v. United Cab and Drivurself, Inc., trading as Yellow Cab Company, and Peter Palmisano, appellants. Gen. No. 9,035.

Opinion filed January 15, 1937.

A. J. B. Showalter and F. B. Leonard, for appellants.  C. E. Keller and Busch & Harrington, for appellee; William L. Springer, of counsel.

Mr. Justice Riess delivered the opinion of the court.